UNITED STATES of America,
Plaintiff—Appellee,

v.

John Nathan MEADOWS, Jr.,
Defendant—Appellant.

No. 04–10696.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 13, 2006.*

Decided Feb. 17, 2006.

Office of the U.S. Attorney, Fresno, CA, for Plaintiff-Appellee.

John Nathan Meadows, Jr., pro se.

John B. Smurr, Esq., Law Offices of John B. Smurr, Fresno, CA, for Defendant-Appellant.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

MEMORANDUM **

John Nathan Meadows, Jr., appeals from his guilty-plea conviction and 97–month sentence imposed for possession of, receiving, and distributing material involving the sexual exploitation of minors, in violation of 18 U.S.C. §§ 2252(a)(2) and (a)(4).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Meadows has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Meadows has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore GRANT counsel's motion to withdraw and AFFIRM the district court's judgment

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

